UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PACIFIC INSURANCE COMPANY, LTD.,

            Plaintiff,

v.

JOSEPH LAPLANTE,

           Defendant.

Civil Action No.:

7:09-CV-00389 (TJM/GJD)

**STIPULATION AND ORDER OF DISMISSAL**

---

**WHEREAS,** plaintiff has filed suit by way of a Summons and Complaint dated April 3, 2009; and

**WHEREAS,** the defendant has not appeared in the action nor has plaintiff served defendant with the Summons and Complaint; and

**WHEREAS,** plaintiff wishes to discontinue the action, without prejudice;

**IT IS STIPULATED AND AGREED,** that the above-entitled action be and the same is hereby discontinued, without prejudice and without cost to either party.

GOLDBERG SEGALLA LLP

BY:     /s/ Sharon Angelino
Sharon Angelino, Esq. (Bar No. 515447)
*Attorneys for Plaintiff, Pacific Insurance Company, Ltd.*
665 Main Street, Suite 400
Buffalo, New York 14203-1425
(716) 566-5400
E-Mail: sangelino@goldbergsegalla.com

SO ORDERED: 9/25/09

_____
Hon. Gustave J. DiBianco
United States Magistrate Judge